IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MANUEL ESTRADA-NUNO,<br><br>        Defendant. | 5:08-mj-00017 TAG<br><br>ORDER ON GOVERNMENT'S MOTION TO DISMISS<br>(Fed. R. Crim. P. 48 (a)) |

O R D E R

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to MANUEL ESTRADA-NUNO, without prejudice and that the warrants previously issued for him be recalled.  The charges against the defendant filed in the case of 1:08-mj-00182-DLB **ARE NOT** being dismissed and the defendant shall not be released from custody until further order of the Court.

IT IS SO ORDERED.

Dated:   August 15, 2008              /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE